```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  Counsel Designated for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Seeking Appointment as Attorney for Defendant
 6  DOUGLAS C. BROWN
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )  No. Cr. F 06-127 AWI
                                    )
12            Plaintiff,            )  REQUEST FOR APPOINTMENT OF
                                    )  COUNSEL; ORDER
13       v.                         )
                                    )  RETROACTIVE CRACK COCAINE
14  DOUGLAS C. BROWN,               )  REDUCTION CASE
                                    )  Date:  May 12, 2008
15            Defendant.            )  Time:  9:00 a.m.
                                    )  Judge: Hon. ANTHONY W. ISHII
16  _____ )
```

17         Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant,

18  DOUGLAS C. BROWN, hereby requests the court appoint the Office of the

19  Federal Defender and Assistant Federal Defender David M. Porter as

20  counsel to represent him with respect to his motion to reduce sentence

21  pursuant to 18 U.S.C. § 3582(c)(2), filed April 9, 2008.  Mr. Porter is

22  familiar with the case and is willing to accept the appointment.[*]

23         Appointment of counsel would serve the interests of justice in

24  this case because it might facilitate a negotiated disposition of the

25  motion and because the motion might raise novel legal issues

26  surrounding application of the United States Sentencing Commission's

27  ─────────────────

28  [*] Mr. Brown has authorized the undersigned to file this application on his behalf.

recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Brown's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Brown requests the Court issue the order lodged herewith.

Dated:  April 9, 2008

>                                    Respectfully submitted,
>
>                                    DANIEL J. BRODERICK
>                                    Federal Defender
>
>                                    /s/ *David M. Porter*
>                                    DAVID M. PORTER
>                                    Assistant Federal Defender
>
>                                    Seeking Appointment as Attorney for Movant
>                                    DOUGLAS C. BROWN

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   April 9, 2008**                     /s/ **Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE

REQUEST FOR APPOINTMENT OF COUNSEL
-2-