DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorney for Defendant
DOUGLAS C. BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DOUGLAS C. BROWN,<br><br>        Defendant. | No. Cr. F 06-127 AWI<br><br>**STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Date:  May 12, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. ANTHONY W. ISHII |

    Defendant, DOUGLAS C. BROWN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KEVIN P. ROONEY, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   The sentencing range applicable to Mr. Brown was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

1    3.   Accordingly, Mr. Brown's offense level has been reduced from
2 23 to 21, and a sentence at the low end of the new guideline range
3 would be 46 months;
4    4.   Mr. Brown merits a reduction in his sentence based on the
5 factors listed in 18 U.S.C. § 3553(a), as well as considerations of
6 public safety and Mr. Brown's positive post-sentencing conduct;
7    5.   Accordingly, the parties request the court to enter the order
8 lodged herewith reducing Mr. Brown's term of imprisonment to an
9 aggregate term 46 months on all counts.
10 Dated:  May 8, 2008
11 Respectfully submitted,
12 McGREGOR SCOTT                         DANIEL J. BRODERICK
   United States Attorney                 Federal Defender
13
14
   /s/ *Kevin P. Rooney*                  /s/ *David M. Porter*
15 KEVIN P. ROONEY                        DAVID M. PORTER
   Assistant U.S. Attorney                Assistant Federal Defender
16
   Attorney for Plaintiff                 Attorney for Movant
17 UNITED STATES OF AMERICA               DOUGLAS C. BROWN
18                              ORDER
19    This matter came before the Court on the motion of the defendant
20 for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on
21 April 9, 2008.  The motion was set for hearing on May 12, 2008, but
22 because the parties have stipulated to the resolution, the matter is
23 taken off calendar.
24    The parties agree, and the Court finds, that Mr. Brown is entitled
25 to the benefit of the retroactive amendment reducing crack cocaine
26 penalties, which reduces the applicable offense level from 23 to 21.
27    IT IS HEREBY ORDERED that the term of imprisonment originally
28 imposed is reduced to an aggregate term 46 months on all counts.
   STIPULATION and ORDER TO REDUCE SENTENCE
                         -2-

1    IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3    Unless otherwise ordered, Mr. Brown shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after his release.

7 IT IS SO ORDERED.
8 **Dated:   May 13, 2008**                        **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO REDUCE SENTENCE
-3-